IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | Case No.  14-05066-jw |
| ) | Chapter 11 |
| Stephen Randall Griebe ) | Adversary Proceeding No: 15-80004-jw |
| ) | |
| Debtor ) | |
| _____ ) | |
| ) | |
| ) | |
| Stephen Randall Griebe ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| V. ) | |
| ) | |
| Audrey H. Griebe ) | |
| ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

      I hereby certify that a copy of the within the Adversary Proceeding Cover Sheet, Summons, Complaint, and Deed was duly served upon the parties below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated, unless creditor has requested electronic delivery only which is noted below.

Audrey H. Griebe
1737 Indigo Island Drive
Hanahan, SC 29410

Office of the US Trustee (Electronic Service Only)
1835 Assembly Street, Room 953
Columbia, SC 29201

| | |
|---|---|
| Charleston, SC | /s/ D. Nathan Davis |
| | D. Nathan Davis  #438 |
| January 19, 2015 | Davis Law SC |
| | Attorney for Debtor |
| | 12 Carriage Lane, Ste A. |
| | Charleston SC 29407 |
| | 843.71.4042          Office |
| | 888.821.9554        Facsimile |
| | nathan@davislawsc.com          Email |